UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                        Case No. 8:12-cr-157-T-30EAJ

JOSE PASCUAL

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 66), pursuant to 21 U.S.C. § 853(n)(7), 18 U.S.C. § 982(b)(1), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following property titled in the name of Zahilyn Cote, $115,200.00 of which was purchased with proceeds directly traceable to the defendant's crime of conviction:

> The real property, including all improvements thereon and appurtenances thereto, located at 17435 W. Carnegie Circle, Ft. Myers, Florida, and legally described as follows:
>
> Lots 7, less the Northerly 20 feet, Block 12, San Carlos Park, Northwest Addition, according to the plat thereof, recorded in Plat Book 28, pages 12 and 13, of the Public Records of Lee County, Florida.
>
> Parcel Identification Number: 08-46-25-17-0012.007.

Upon sale, the United States will forfeit up to $115,200.00 of the net equity[1] and will credit that amount toward the defendant's forfeiture money judgment. The remainder of the net equity will be returned to Zahilyn Cote.

---

[1] This refers to the equity remaining after all claimed taxes, and liens, and all costs associated with seizure, forfeiture, and sale have been resolved.

In addition, the United States sought a Final Judgment of Forfeiture for a 2011 Silver Toyota Camry 4-door sedan, Vehicle Identification Number 4T4BF3EK6BR104704, titled in the name of Jose Pascual, as a substitute asset in partial satisfaction of the defendant's forfeiture money judgment.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the real property and vehicle on the official government website, www.forfeiture.gov, from February 22, 2013 through March 23, 2013.  The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that, in accordance with the requirements of 21 U.S.C. § 853(n), the United States sent notices of this forfeiture action, via United States certified and first class mail to Zahilyn Cote, Bank of America, N.A. (BANA), Larry Hart, Lee County Tax Collector (Tax Collector), the only known parties or entities with an alleged legal interest in the real property.  No person or entity, other than the defendant (whose interest in the real property and vehicle was forfeited to the United States in the Preliminary Order of Forfeiture), Zahilyn Cote (who did not file a claim), BANA (whose claim has been settled), and the Tax Collector (whose claim has been settled) are known to have an interest in the assets.  No other third party or entity has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The Court further finds that the vehicle is titled solely in the name of the defendant and there is no lien, so the United States had no knowledge of any potential claimants and sent no notice to any potential third parties.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 66) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7), 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law, subject to the terms of the Stipulated Settlement Agreements with BANA and the Tax Collector, filed in the instant case.

It is FURTHER ORDERED that, upon sale of the real property, the United States will forfeit up to $115,200.00 of the net equity and will credit that amount toward the defendant's forfeiture money judgment.  The remainder of the net equity will be returned to Zahilyn Cote.

Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 20th day of February, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2012\12-cr-157 fj forfeit.docx

4